[No. 3289-1.    Division One.    August 2, 1976.]

OLIVER I. GAGE, ET AL, *Appellants*, v. HULING BROTHERS PROPERTIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King

County, No. 780327, Frank J. Eberharter, J., entered August 29, 1974. *Reversed* by unpublished per curiam opinion.